

**THE CITY OF NEW YORK**

**JAMES E. JOHNSON**
*Corporation Counsel*

# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**Andrea O'Connor**
Labor & Employment Law Division
Phone: 212-356-4015
Fax: 212-356-1148
aoconnor@law.nyc.gov

> The Court adopts the parties' proposed briefing schedule, and Defendant's pending motion to dismiss is denied as moot. The Clerk of Court is directed to close the motions at Docket Numbers 21 and 25.
> So ordered: 4/15/2021
>
> /s/ J. PAUL OETKEN
> United States District Judge

<u>VIA ECF</u>
Honorable J. Paul Oetken
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re: <u>Sydorowitz v. City of New York</u>
       20 Civ. 9233 (JPO)(OTW)

Dear Judge Oetken:

   I am the Assistant Corporation Counsel in the Office of James E. Johnson, Corporation Counsel for the City of New York, assigned to represent Defendant City of New York in the above-referenced action. I write to respectfully request that the Court so-order the below proposed briefing schedule in connection with defendant's anticipated motion to dismiss the First Amended Complaint.

   Defendant filed a motion to dismiss the Complaint on March 30, 2021. *See* Dkt. No. 21. Thereafter, pursuant to the Court's Individual Rules and Practices, plaintiff filed a First Amended Complaint on April 9, 2021. *See* Dkt. No. 24. Defendant has reviewed the First Amended Complaint and will be filing a new motion to dismiss. Defendant conferred with plaintiff's counsel regarding a briefing schedule in connection with this anticipated motion and respectfully proposes the following schedule: defendant's motion to be filed by May 7, 2021, plaintiff's opposition to be filed by June 11, 2021 and defendant's reply due on June 25. Defendant thanks the Court for its consideration of this request.

                Respectfully Submitted,

                /s/
                Andrea O'Connor
                Assistant Corporation Counsel

cc:  All Counsel (via ECF)